THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kevin McMeans, Appellant.
 
 
 

Appeal From Greenwood County
 Wyatt T. Saunders, Jr, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-034
Submitted January 1, 2008  Filed January
 11, 2008   
APPEAL DISMISSED

 
 
 
 Assistant
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox,   Legal Counsel
 Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Kevin McMeans appeals the revocation of his suspended
 sentence.  McMeans argues the circuit court committed an abuse of discretion by
 revoking his suspended sentence because the court ignored his justifiable
 explanations for his violations.  McMeanss counsel attached to the brief a petition to be relieved
 as counsel, stating that she had reviewed the record and concluded this appeal
 lacks merit.  McMeans did not file a separate pro se brief.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] McMeans appeal and grant counsels petition to be relieved.
 
APPEAL
 DISMISSED.
HUFF and PIEPER, JJ., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.